April 26, 2017

Mr. Mahesh Basavegowda
300 Elizabeth Drive, Apt # 3303
Pittsburgh, PA 15220



Dear Mahesh:

Confirming discussions with you and Ajit, I am pleased to hire you full-time employment with Integrated Management Systems, Inc. in our IT Division as follows:

| | |
|---|---|
| Job duties: | Programmer/Analyst |
| Hourly rate: | Total $63.3710/hour (Annual $131,810) for all billable hours. |
| Insurances: | Medical insurance; Life Insurances provided per company policy. |
| Overtime: | Overtime must be pre-approved. |
| Start date: | April 19, 2017 |

Employee hereby acknowledges and agrees to the following IMSI Policies and Terms. The meaning of "Customer" as used below is: Either IMSI or IMSI's client or IMSI's End-client.

**Confidentiality.** Employee will not disclose, during contract period and for 12 months after completion of contract, confidential and proprietary information, in oral or written form, that is not generally obtainable from public sources, including but not limited to, information relating to disclosing Customer's products, designs, methods of manufacture or research, business operations, marketing plans, Customer lists, pricing methods as well as personnel and organization data. Employee will not disclose IMSI compensation and benefits to Customer or any other third parties.

**Contact with Customer and Non-Solicitation.** All Customer contract or employment related matters will be exclusively directed to and handled by IMSI's Account Manager. Employee will not provide software, engineering, programming or consulting services to Customer except as an Employee of IMSI. Employee further agrees that he/she will not join or work on a Customer project, directly or indirectly through another staffing firm, for one year from the end of the current project engagement with IMSI.

**Non-Compete / Termination:** Employee agrees that after accepting employment with IMSI at the Customer location, any disruption in service to IMSI Customers will be damaging to IMSI's relationship with Customer and result in business losses to IMSI. In order to protect IMSI's legitimate business interests as an intermediary, and as consideration for IMSI's significant investment of time and expense in the Employee's Immigration and Visa assistance, Employee agrees not to enter into any employment agreement directly with IMSI's End-client or through any other contract company who provides similar services for a minimum period of 24 months after start of employment with IMSI for an end-client. Should you resign or terminate employment with IMSI prior to the 24 month minimum period, in consideration of the benefits the Employee is deriving, the Employee shall pay a lump-sum amount of liquidated damages equal to two years of gross margin based on IMSI project billing rate to cover for loss of business. Employee also expressly agrees that any such expenses may be deducted from Employee's paycheck compensation. Employee further agrees that the Company shall have the right to provide a copy of the provisions herein to any third party with whom Employee may seek to enter into, or may subsequently enter into, a relationship in order to assure that the Company's rights are adequately protected.

**Enforcement:** The parties agree that the covenants herein are reasonable and necessary for the protection of IMSI's business, that actual or threatened breach of same would result in irreparable injury which may be impossible to calculate, that Employer would not have an adequate remedy at law and that preliminary and permanent injunctive relief without bond or security would be warranted and appropriate, without limitation to the Employer's other legal remedies. The provisions of this agreement shall be enforceable under the laws of the State of Michigan and in state courts located in Washtenaw County. Employee agrees to indemnify Company against any and all damages, costs and expenses, including actual attorney fees incurred by the Company, if the Company prevails in a legal action resulting from the Employee's breach.

**Restrictions:** The Company and Employee have attempted to limit Employee's rights only to the extent necessary to protect the Company from unfair competition. However, should a court of competent jurisdiction determine that the scope of the covenants contained within this document exceed the maximum restrictiveness such court deems reasonable and enforceable, the parties intend that the court should reform, modify and enforce the provision to such narrower scope as it determines to be reasonable and enforceable under the circumstances existing at that time.

**Waiver of Trial by Jury.** The parties agree that all disputes, controversies, or claims between them arising out of or relating to this document shall be submitted to, and determined by, a judge of a court of competent jurisdiction. By execution of this document, each of the parties hereto acknowledges and agrees that such party has had an opportunity to consult with legal counsel and that such party knowingly and voluntarily waives any right to a trial by jury of any dispute pertaining to or relating in any way to the subject of this document, the provisions of any federal, state, or local law, regulation, or ordinance notwithstanding.

Please sign below and return a copy of this letter to Sue Kalohn (Ext 3026). Call me for any questions you may have. I am looking forward to working with you.

Sincerely,

Sudhir K. Jain
President

Accept all Policies and Terms: _____Mahesh B_____
Employee, SS# 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
*Sign and Fax to 734-996-0266*

Integrated Management Systems, Inc.

3135 S. State St., Suite 104
P.O. Box 2777, Ann Arbor, MI 48106
(734) 996-0500/(Fax) 996-0266
www.imsi-pm.com