UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Integrated Management
Systems, Inc.,

                    Plaintiff(s),

v.                                       Case No. 2:17–cv–13764–DPH–RSW
                                             Hon. Denise Page Hood

Mahesh Basavegowda,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 733, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  March 12, 2018 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/L. Saulsberry
                                                        Case Manager

Dated:   February 2, 2018